| | |
|---|---|
| 1 | Danny J. Horen, Esq. |
| 2 | NV Bar No. 13153 |
| 3 | Kazerouni Law Group, APC |
| | 7854 W. Sahara Avenue |
| 4 | Las Vegas, NV 89117 |
| 5 | Telephone: (800) 400-6808x7 |
| | Facsimile: (800) 520-5523 |
| 6 | danny@kazlg.com |
| 7 | |
| | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **CHANDRAMA G. RHYNE,** | Case No.: 2:15-cv-00521-GMN-VCF |
| Plaintiff**,** | |
| v. | **STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| **EXPERIAN INFORMATION SOLUTIONS, INC; and BANK OF AMERICA, N.A.,** | |
| Defendants. | |

S<small>TIPULATION OF</small> D<small>ISMISSAL</small>

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff CHANDRAMA G. RHYNE ("Plaintiff"), and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), having reached settlement, stipulate to dismiss **Experian** from the above-captioned matter, **with prejudice** as to the Plaintiff's claims against Experian. Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 5, 2015

KAZEROUNI LAW GROUP                JONES DAY

 /s/ Danny J. Horen                 /s/  Alyssa Staudinger
Danny Horen, Esq.                  Alyssa Staudinger, Esq.
7854 W. Sahara Avenue              3161 Michelson Drive, Suite 800
Las Vegas, NV 89117                Irvine, CA 92612
800-400-6808                       949.553.7523
Email: danny@kazlg.com             Email: astaudinger@jonesday.com
Attorney for Plaintiff             Attorney for Experian

IT IS SO ORDERED:

Experian is Dismissed from the instant matter, with Prejudice.

DATED:   November 5, 2015

_____
Gloria M. Navarro, Chief Judge
United States District Court

STIPULATION OF DISMISSAL                                        2